Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Ste 207
Lakewood, CA 90712
tel (562) 866-8755  fax (562) 866-6875
tlwhiteleather@juno.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| JULIE WALHOVD,<br><br>        Plaintiff,<br><br>        v.<br><br>BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>        Defendant.<br>_____ ) | CASE NO. CV 08-00394 GAF (Cwx)<br><br>JUDGMENT |

On February 3, 2010, this Court deferred a ruling on a motion by Plaintiff for attorney's fees and costs until a remanded administrative due process and Defendant's appeal to the Ninth Circuit Court of Appeals were concluded.  The Ninth Circuit has dismissed Defendant's appeal for lack of jurisdiction, and Plaintiff has again moved for an award of attorney's fees and costs to her by Defendant.

The Court has previously determined that Plaintiff is entitled to fees and costs.  Following review of Plaintiff's renewed Motion for Attorneys Fees and Costs, Defendant's Response to Plaintiff's Motion, and

Plaintiff's Reply, the Court ORDERS

Plaintiff's counsel's rates of $ 475 for the federal action and $ 425 for the underlying administrative due process matter are reasonable rates for the local legal market.  Plaintiff's counsel's itemized bill is reasonable, especially in light of Plaintiff's request for payment of one-half the total hours billed in the federal and administrative matters.

The Court grants the motion for fees and costs to Plaintiff and awards Plaintiff $ 57,231.25.

Dated: **August 23, 2011**

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT